Jay P. Manon
Manon Law Office
PO Box 554
Grand Coulee, WA 99133
(509) 633-3222

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-00939-FPC13 |
| MARK ANTHONY DASHNAW ) | |
| ) | OBJECTION TO MOTION |
| Debtor. ) | FOR RELIEF FROM THE |
| ) | AUTOMATIC STAY |

Debtor, Mark Anthony Dashnaw, by and through his undersigned counsel of record Jay P. Manon, hereby objects to the Motion for Relief from the Automatic Stay filed by US Bank NA as Trustees of Bungalow Series F Trust. This Objection is based on the following:

1. Debtor has attempted several times to contact this creditor to set up payments.

2. Contrary to assertions made in the Motion for Stay Relief, the property is necessary for an effective reorganization.

3. Debtor seeks a resolution of this matter that will not involve foreclosure.

DATED this 4th day of April, 2018.

_____/s/ Jay P. Manon_____
Jay P. Manon, WSBA #23855, Attorney for Debtor

OBJECTION - 1