Jay P. Manon
Manon Law Office
PO Box 554
Grand Coulee, WA 99133
(509) 633-3222

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: )<br>)<br>MARK ANTHONY DASHNAW )<br>)<br>)<br>Debtor. )<br>_____) | Case No. 15-00939-FPC13<br><br>DEBTOR'S MODIFICATION OF<br>CHAPTER 13 PLAN AND<br>NOTICE THEREOF (AMENDED) |

TO: Chapter 13 Trustee Daniel Brunner

AND TO: All creditors

Debtor, Mark Anthony Dashnaw, by and through his undersigned counsel of record Jay P.

Manon, modifies the Chapter 13 plan in this case in the following respects:

1. Section III.B. of the Plan is modified such that payments to Seterus Inc. are to be paid to

   U.S. Bank Trust National Association as Trustee for Bungalow Series F Trust (the

   successor under an assignment made pursuant to the Motion for Relief from Stay filed on

   March 19, 2018) as an arrearage/default under Section III.A.5. The amount of the

   arrearage is $17,500.00.

2. Section III.A.2.a is amended to include the regular monthly mortgage payment of

   $539.74.

3. The term of the plan shall be increased from 38 months to 60 months.

4. The plan base under Section I.D. of the Plan is increased from $10,280 to $26,389,43.

MODIFICATION OF PLAN - 1

5. The payments to the Trustee under Section I.A of the Plan are modified from $285.00 for the first 38 months to $285.00 for the first 38 months followed by $1,335.19 for the remaining 22 months of the Plan.

6. All other aspects of the Plan shall remain unchanged.

It is certified that the Modified plan proposes to be completed within five years after the first payment under the Original Plan was due.

NOTICE IS GIVEN that, unless an Objection to this Modification of Plan is filed with the U.S. Bankruptcy Court for the Eastern District of Washington, Third Floor, U.S. Post Office Building, West 904 Riverside, PO Box 2164, Spokane, WA 99210, and served upon the undersigned at Manon Law Office, PO Box 554, Grand Coulee, Washington 99133, and upon DANIEL H. BRUNNER, Chapter 13 Trustee, PO Box 1513, Spokane, WA 99210, no later than 21 days from the date of the Modification of Plan and Notice, plus any additional time allowed pursuant to Fed.R.Bankr.P. 9006(f), the Plan as modified shall become the Plan.

**DA**TED this 23rd day of May, 2018.

_____/s/ Jay P. Manon_____
Jay P. Manon, WSBA #23855, Attorney for Debtor


CERTIFICATE OF NO ADVERSE EFFECT

Debtor hereby certifies that this Modification of Plan has no adverse effect upon any creditor.


_____/S/ Jay P. Manon_____
Jay P. Manon, WSBA #23855, Attorney for Debtor


MODIFICATION OF PLAN - 2